PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

FILED

FEB 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER *(Tran. Court)* |
|---|
| EDCR04-00102-RT |

**ESSENTIAL DOCUMENT**

CR08-0123 SBA

| DOCKET NUMBER *(Rec. Court)* |
|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jennifer Navarro | California | Central |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Robert J. Timlin | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/1/07 — TO 1/31/12 |

OFFENSE

18 USC 1344: Bank Fraud

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ NORTHERN DISTRICT OF CALIFORNIA _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ 10/11/07 _____
Date

_Robert J. Timlin_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ 2/26/08 _____
Effective Date

_____
United States District Judge