| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* EDCR04-00102-RT |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED FEB 29 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND | DOCKET NUMBER *(Rec. Court)* CR08-0123 SBA |

ESSENTIAL DOCUMENT

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jennifer Navarro | California | Central |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Robert J. Timlin | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/1/07 | TO 1/31/12 |

| OFFENSE |
|---|
| 18 USC 1344: Bank Fraud |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____CENTRAL____ DISTRICT OF ____CALIFORNIA____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____NORTHERN DISTRICT OF CALIFORNIA____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

____10/11/07____   ____/s/ Robert J. Timlin____
Date                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

____2/26/08____   ____/s/____
Effective Date              United States District Judge